Case 7:21-cv-03333-KMK Document 21 Filed 07/20/21 Page 1 of 1

Case 7:21-cv-03333-KMK Document 22 Filed 07/20/21 Page 1 of 1

**Worker Justice Center of New York**

MEMO ENDORSED

July 20, 2021

Hon. Kenneth M. Karas, U.S.D.J.
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Via ECF

      Re:    Pascual et al. v. Three Diamond Diner Corp. et al., 21-cv-3333 (KMK)

Dear Judge Karas:

We write to request an adjournment of the initial conference, scheduled for 10 a.m. on Monday, July 26 (Dkt. 20), as we have a court conference scheduled in another case for that day at 10:30 a.m.

This is the first request for an adjournment, and defense counsel has consented to this request. Counsel for all parties would be available at 10 a.m. on July 30 or August 2, should those alternate dates work for the Court.

*Granted. The Court will hold a teleconference on August 2, 2021 at 1:30 P.M.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/20/2021

Respectfully submitted,

/s/ Maureen Hussain

Worker Justice Center of New York
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532
(845) 331-6615
mhussain@wjcny.org

*Attorneys for the Plaintiffs*

1187 Culver Rd
Rochester, NY 14609
(585) 325 3050

9 Main Street
Kingston, NY 12401
(845) 331 6615

245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org