

**MEMO ENDOR**

# Worker Justice Center
## of New York

February 11, 2022

Hon. Kenneth M. Karas, U.S.D.J.
*Via ECF*

     *Re:*    *Pascual et al. v. Three Diamond Diner Corp. et al.*, 7:21-cv-03333-KMK

Dear Judge Karas:

     Plaintiffs write on behalf of all parties to respectfully request that, in light of the extensions to the fact discovery schedule granted by Judge Krause (Dkt. 39), the Case Management Conference scheduled for February 25 be adjourned to a date following the extended deadline for depositions (now March 14).

     We also write to respectfully request that the deadlines to submit pre-motion letters be extended to a date following the close of discovery. This will allow the parties to assess the deposition testimony to determine whether a motion is warranted.

     We thank the Court for your attention to these matters.

Granted. The next conference will be 5/17/22, at 10:00 The pre-motion deadlines are moved accordingly.

So Ordered.

2/14/22

Respectfully,

*/s/ Maureen Hussain*
Worker Justice Center of New York
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532
(845) 331-6615
mhussain@wjcny.org
*Attorneys for Plaintiffs*



1187 Culver Rd
Rochester, NY 14609
(585) 325 3050



9 Main Street
Kingston, NY 12401
(845) 331 6615



245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532

www.wjcny.org